## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | **3:09-md-02100-DRH-PMF** |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | **MDL No. 2100** |
| LITIGATION | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Linda Alexander v. Bayer Corporation, et al.* | No. 3:12-cv-10369-DRH-PMF |
| *Gurpreet Chadha v. Bayer Corporation, et al.* | No. 3:11-cv-11063-DRH-PMF |
| *Alberta Herrick, et al. v. Bayer HealthCare LLC, et al.* | No. 3:11-cv-13148-DRH-PMF |
| *Teresa Lamaye v. Bayer Corporation, et al.* | No. 3:12-cv-11579-DRH-PMF |
| *Mary Lichty, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12873-DRH-PMF |
| *Kelly Gretschmann v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10363-DRH-PMF |
| *Karen Howe v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13563-DRH-PMF |
| *Darrya Lipscomb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10107-DRH-PMF |
| *Angela Schilling v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10770-DRH-PMF |
| *Laura Jaworski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10791-DRH-PMF |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:   /s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.03.16
13:46:59 -05'00'

APPROVED:

            DISTRICT JUDGE
            U. S. DISTRICT COURT